KEVIN O'GRADY, Haw. Bar #8817
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, HI 96813
Tel: (808) 521-3367
Paralegal1@kevinogradylaw.com

CALEB R. TROTTER, Cal. Bar #305195*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel: (916) 419-7111
CTrotter@pacificlegal.org

* *Pro Hac Vice Application Forthcoming*
Attorneys for Plaintiffs

*Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DAVID KALAHIKI and LINDA TWITCHELL, <br><br> Plaintiffs, <br><br> v. <br><br> KALI WATSON, in his official capacity as Chairman of the Hawaiian Homes Commission, <br><br> Defendant. | Case No. 1:26-cv-00398- MWJS-WRP <br><br><br> **DECLARATION OF KEVIN O'GRADY** |

*Additional counsel for Plaintiffs:*

NOELLE DANIEL, Kan. Bar #29461*
CAITLYN FELLNER, D.C. Bar #90029259*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
NDaniel@pacificlegal.org
CFellner@pacificlegal.org

*\* Pro Hac Vice Application Forthcoming*

**COMES NOW**, Kevin O'Grady, and states as follows:

1.      I am a natural person, adult male, United States of America citizen, resident of the State of Hawaii and am competent to provide this declaration. I make this declaration based on personal knowledge, except where otherwise stated.

2.      I am one of the attorneys representing the Plaintiffs in this matter.

3.      On July 27, 2026, I emailed the following attorneys at the Hawaii Attorney General's office: Kalikoʻonālani D. Fernandes, Ewan C. Rayner, Derek Matsumoto and Tammy Tam. I informed them that my co-counsel and I would be filing a temporary restraining order against the Department of Hawaiian Home Lands' evictions of Plaintiffs from their homes. A true and correct copy of that email is attached to this declaration.  I requested clarification as to whom to send documentation for related to the TRO.

4.      On July 27, 2026, at approximately 9:50 a.m., I telephoned the attorney General's office at 808-586-1500 and spoke to Bill, and asked to speak to Ewan Rayner, and he then transferred me.  I then spoke to Tammy who informed me that Mr. Rayner was on vacation until August 4th.  I then asked Tammy, who just saw Ms. Fernandez walk down the hall, to inform Ms. Fernandes, to call me back in the morning as I was filing a motion for a temporary restraining order.  Ms. Tammy and I confirmed that this new motion for a Temporary Restraining Order was not for a

Second Amendment related case.  Ms. Tammy said she would pass my message along to Ms. Hernandes.  At about 9:52. a.m., I received an automated email from Mr. Rayner that indicated he was out of the office through July 31, 2026.  A copy of that email is attached.  At about 10:16 a.m., Ms. Hernandes called my office, acknowledged receipt of my earlier email and my telephonic message.  She indicated that she had only glanced at the documentation.  We confirmed the deadline for the eviction, as stated in the documents, as being July 31, 2026.  She confirmed that I should remove Mr. Rayner but add Ms. Chun to the list of people to send the copies to when the documents had been filed.  I informed her we would likely file this in the early afternoon.

5.    I have previously litigated cases against the State of Hawaii and Attorney General Lopez. Based upon that experience, I know the attorneys I emailed as described are among the attorneys at the Hawaii Attorney General's Office that handle cases like the one at issue in this litigation.

6.    I informed counsel for Defendant that I am in the process of finalizing the temporary restraining order and other associated documents.

7.    Ms. Hernandes and I confirmed that I had their email addresses from prior litigation.

**FURTHER, DECLARANT SAYETH NAUGHT.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 27, 2026.


*/s/ Kevin O'Grady*
Kevin O'Grady