KEVIN O'GRADY, Haw. Bar #8817
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, HI 96813
Tel: (808) 521-3367
Paralegal1@kevinogradylaw.com

CALEB R. TROTTER, Cal. Bar #305195*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel: (916) 419-7111
CTrotter@pacificlegal.org

\* *Pro Hac Vice Application Forthcoming*
Attorneys for Plaintiffs

*Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| DAVID KALAHIKI and LINDA TWITCHELL,<br><br>Plaintiffs,<br><br>v.<br><br>KALI WATSON, in his official capacity as Chairman of the Hawaiian Homes Commission,<br><br>Defendant. | Case No. 1:26-cv-00398-MWJS-WRP<br><br>**NOTICE OF RELATED CASE** |

*Additional counsel for Plaintiffs:*

NOELLE DANIEL, Kan. Bar #29461*
CAITLYN FELLNER, D.C. Bar #90029259*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
NDaniel@pacificlegal.org
CFellner@pacificlegal.org

*\* Pro Hac Vice Application Forthcoming*

Pursuant to Local Rule 40.2, Plaintiffs David Kalahiki and Linda Twitchell hereby provide notice of a related case currently pending in the District of Hawai'i. The case, *Ryan v. Watson*, No. 1:26-cv-00270-SASP-KJM, involves similar questions of law. As a result, assignment of this case to the same District Judge is appropriate to save judicial resources.

In *Ryan*, plaintiff seeks declaratory and injunctive relief prohibiting the enforcement of the Hawaiian Homes Commission Act of 1920 (the "HHCA"), specifically its land-lease program which set aside approximately 200,000 acres of public land for long-term homestead leases available only to individuals who meet a 50% native Hawaiian blood-quantum requirement. The operative Complaint in *Ryan* was filed on June 1, 2026, and parties are currently awaiting adjudication of several motions to intervene.

In this case, Plaintiffs similarly seek declaratory and injunctive relief prohibiting the Department of Hawaiian Home Lands ("DHHL") from evicting all individuals who lack a 50% native Hawaiian blood quantum from their homes in the Courtyards at Waipouli on Kaua'i. Similar to *Ryan*, the Plaintiffs here are penalized for their ancestry, specifically being unable to meet the 50% native Hawaiian blood-quantum requirement. While Plaintiffs here do not challenge the constitutionality of the HHCA directly, the legal question is similar: whether DHHL is

unconstitutionally discriminating against individuals by evicting them if they do not meet the 50% blood-quantum requirement.

Accordingly, as resolution of these similar legal questions would "be more expeditiously handled if assigned to the same judge," this case is related to *Ryan v. Watson*, Case No. 1:26-cv-00270-SASP-KJM. *See* LR. 40.2.

Dated: July 27, 2026

Respectfully submitted,

THE LAW OFFICE OF KEVIN O'GRADY, LLC

 s/  *Kevin O'Grady*
KEVIN O'GRADY, Hawaii Bar #8817
1164 Bishop Street, Suite 1605
Honolulu, HI 96813
Telephone: (808) 521-3367
kevin@kevinogradylaw.com

PACIFIC LEGAL FOUNDATION

CALEB R. TROTTER
Cal. Bar #305195*
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
CTrotter@pacificlegal.org

NOELLE DANIEL, Kan. Bar #29461*
CAITLYN FELLNER, D.C. Bar #90029259*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
ndaniel@pacificlegal.org
cfellner@pacificlegal.org

*Pro Hac Vice Forthcoming*

*Attorneys for Plaintiff*