# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

David Kalahiki and Linda Twitchell,

Plaintiff,

vs.

Kali Watson, in his official capacity as Chairman of the Hawaiian Homes Commission,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case. No. 1:26-cv-00398    MWJS-WRP

ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO
Caleb R. Trotter

## ORDER GRANTING MOTION
## TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Caleb R. Trotter                      to

Appear Pro Hac Vice.

| Name of Attorney: | Caleb R. Trotter |
|---|---|
| Firm Name: | Pacific Legal Foundation |
| Firm Address: | 555 Capitol Mall, Suite 1290, Sacramento, California, 95814 |
| Attorney CM/ECF Primary email address: | CTrotter@pacificlegal.org |
| Firm Telephone: | (916) 419-7111 |
| Party Represented | Plaintiffs David Kalahiki and Linda Twitchell |

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, _____July 27, 2026_____



Wes Reber Porter
United States Magistrate Judge