# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

David Kalahiki and Linda Twitchell,

Plaintiff,

vs.

Kali Watson, in his official capacity as Chairman of the Hawaiian Homes Commission,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case. No. 1:26-cv-00398    MWJS-WRP

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO** Noelle Daniel

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Noelle Daniel _____ to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Noelle Daniel |
| Firm Name: | Pacific Legal Foundation |
| Firm Address: | 3100 Clarendon Blvd., Suite 1000 Arlington, Virginia 22201 |
| Attorney CM/ECF Primary email address: | NDaniel@pacificlegal.org |
| Firm Telephone: | (202) 888-6881 |
| Party Represented | Plaintiffs David Kalahiki and Linda Twitchell |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii.    July 27, 2026



Wes Reber Porter
United States Magistrate Judge