IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID KALAHIKI and LINDA TWITCHELL<br><br>Plaintiffs,<br><br>vs.<br><br>KALI WATSON, *in his official capacity as Chairman of the Hawaiian Homes Commission*,<br><br>Defendant. | CIVIL NO. 26-00398 MWJS-WRP |

## ORDER REASSIGNING CASE

Pursuant to Local Rule 40.2, this case is REASSIGNED from United States District Judge Micah W. J. Smith to United States District Judge Shanlyn A. S. Park. The case number shall change on all future filings in this case from Civil No. 26-00398 MWJS-WRP to Civil No. 26-00398 SASP-WRP.

IT IS SO ORDERED.

DATED: July 27, 2026 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
_____
Derrick K. Watson
Chief United States District Judge