# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

David Kalahiki and Linda Twitchell,

          Plaintiff,

vs.

Kali Watson, in his official capacity as Chairman of the Hawaiian Homes Commission,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case. No. 1:26-cv-00398  SASP-WRP

ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO

Caitlyn Fellner

## ORDER GRANTING MOTION
## TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Caitlyn Fellner to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Caitlyn Fellner |
| Firm Name: | Pacific Legal Foundation |
| Firm Address: | 3100 Clarendon Blvd., Suite 1000 Arlington, Virginia 22201 |
| Attorney CM/ECF Primary email address: | CFellner@pacificlegal.org |
| Firm Telephone: | (202) 888-6881 |
| Party Represented | Plaintiffs David Kalahiki and Linda Twitchell |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 28, 2026 _____



Wes Reber Porter
United States Magistrate Judge