HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Hawaii

| | |
|---|---|
| DAVID KALAHIKI and LINDA TWITCHELL,  ) | |
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. CV 26-00398 MWJS-WRP |
| KALI WATSON, in his official capacity ) | |
| as Chairman of the Hawaiian Homes Commission, ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kali Watson
Chairman, Hawaiian Homes Commission
91-5420 Kapolei Parkway
Kapolei, HI 96707

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Kevin O'Grady
The Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date:  July 27, 2026                    /s/ Lucy H. Carrillo, Clerk by EA, Deputy Clerk
_____                _____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CV 26-00398 MWJS-WRP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kali Watson *in his official ca... Chairman of the Ha... Homes Commission*

was received by me on *(date)* 7-27-26 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Patricia Ah Sing , who is designated by law to accept service of process on behalf of *(name of organization)* Hawaiian Homes Commission on *(date)* 7-27-26 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ [X] for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-27-26

_____
Server's signature

Chris Kimsel , Process Server
_____
Printed name and title

412 Iolani Avenue, Honolulu
_____
Server's address

Additional information regarding attempted service, etc: