KEVIN O'GRADY, Haw. Bar #8817
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, HI 96813
Tel: (808) 521-3367
Paralegal1@kevinogradylaw.com

CALEB R. TROTTER, Cal. Bar #305195*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel: (916) 419-7111
CTrotter@pacificlegal.org

* *Admitted Pro Hac Vice*
Attorneys for Plaintiffs

*Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DAVID KALAHIKI and LINDA TWITCHELL,<br><br>Plaintiffs,<br><br>v.<br><br>KALI WATSON, in his official capacity as Chairman of the Hawaiian Homes Commission,<br><br>Defendant. | Case No. 1:26-cv-00398-SASP-WRP<br><br><br>**MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

*Additional counsel for Plaintiffs:*

NOELLE DANIEL, Kan. Bar #29461*
CAITLYN FELLNER, D.C. Bar #90029259**
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
NDaniel@pacificlegal.org
CFellner@pacificlegal.org

*\* Admitted Pro Hac Vice*
*\*\* Pro Hac Vice Pending*

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs David Kalahiki and Linda Twitchell move this Court for a temporary restraining order and preliminary injunction prohibiting Defendant Kali Watson, in his official capacity as Chairman of the Hawaiian Homes Commission, and in his role overseeing the Department of Hawaiian Home Lands, from evicting or taking any action to prevent Plaintiffs from living in their homes at the Courtyards at Waipouli on Kaua'i while this case is pending. The motion is based on the reasons set forth in the accompanying memorandum in support, as well as the accompanying declarations, the pleadings on file in this action, and upon such further argument as may be received by the Court at the time of hearing. Plaintiffs request that the bond be waived or set in the amount of $1.00.

Dated: July 28, 2026

Respectfully submitted,

THE LAW OFFICE OF KEVIN O'GRADY, LLC

 s/  *Kevin O'Grady*
KEVIN O'GRADY, Hawaii Bar #8817
1164 Bishop Street, Suite 1605
Honolulu, HI 96813
Telephone: (808) 521-3367
kevin@kevinogradylaw.com

PACIFIC LEGAL FOUNDATION

NOELLE DANIEL, Kan. Bar #29461*
CAITLYN FELLNER, D.C. Bar #90029259**
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
ndaniel@pacificlegal.org
cfellner@pacificlegal.org

1

CALEB R. TROTTER
Cal. Bar #305195*
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
CTrotter@pacificlegal.org

*\* Admitted Pro Hac Vice*
*\*\* Pro Hac Vice Application Pending*

*Attorneys for Plaintiffs*