Docusign Envelope ID: 036367AA-AC16-8CB6-818C-E449A2F6FC94

KEVIN O'GRADY, Haw. Bar #8817
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, HI 96813
Tel: (808) 521-3367
Paralegal1@kevinogradylaw.com

CALEB R. TROTTER, Cal. Bar #305195*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel: (916) 419-7111
CTrotter@pacificlegal.org

* *Pro Hac Vice Application Forthcoming*
Attorneys for Plaintiffs

*Additional counsel listed on next page*


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I


| | |
|---|---|
| DAVID KALAHIKI, and LINDA TWITCHELL, | Case No. _____ |
| Plaintiffs, | |
| v. | **DECLARATION OF DAVID KALAHIKI IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| KALI WATSON, in his official capacity as Chairman of the Hawaiian Homes Commission, | |
| Defendant. | |

Docusign Envelope ID: 036367AA-AC16-8CB6-818C-E449A2F6FC94

*Additional counsel for Plaintiffs:*

NOELLE DANIEL, Kan. Bar #29461*
CAITLYN FELLNER, D.C. Bar #90029259*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
NDaniel@pacificlegal.org
CFellner@pacificlegal.org

*\* Pro Hac Vice Application Forthcoming*

Docusign Envelope ID: 036367AA-AC16-8CB6-818C-E449A2F6FC94

I, David Kalahiki, declare as follows:

1.      The facts set forth in this declaration are based on my personal knowledge, and if called as a witness, I could and would competently testify thereto under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2.      I am a resident of the State of Hawaiʻi and currently reside at the Courtyards at Waipouli apartment complex in Kapaʻa, Kauaʻi.

3.      I have lived in Hawaiʻi my entire life. Over two years ago, I moved into the Courtyards at Waipouli, where I have continuously resided ever since.

4.      I have a native Hawaiian blood quantum of approximately 25%, which does not satisfy the Department of Hawaiian Home Lands' requirement that an individual possess at least a 50% native Hawaiian blood quantum to reside at the Courtyards at Waipouli. Because I do not satisfy that ancestry requirement, the Department of Hawaiian Home Lands is evicting me from my home at the Courtyards at Waipouli.

5.      On or about May 1, 2026, I received a written 90-day eviction notice informing me that the Department of Hawaiian Home Lands is evicting me from my apartment. I understand that I am being required to vacate my home because I do not satisfy the Department's native Hawaiian blood-quantum requirement.

6.      Being forced out of my home would be extremely difficult for my wife and me. Since we received the eviction notice, we have been unable to find a new residence that meets our needs like the Courtyards at Waipouli does—it is in an ideal location and the rent is much more affordable than other options on Kauaʻi.

7.      We moved to the Courtyards at Waipouli because my wife and I lost our home and our possessions in a fire. We found our apartment with the idea of renting while we rebuild our home. However, our new home has taken more than two years to build with no end in sight for its completion. We have no idea if or when we will be able to move back.

8.      When we signed our lease, we were not notified that DHHL had plans to purchase the property and that we would be kicked out at any point. Eventually management announced that DHHL would be purchasing the complex and that we'd be evicted.

9.      The relocation assistance has not been helpful, and we have not been able to obtain comparable housing.

10.     My wife and I are very worried about not having a clear future regarding our housing and we are also worried about the physical strain of moving.

11.     We chose to move to the Courtyards at Waipouli after the fire because it was better than other options for similar rent and it would allow us the financial

Docusign Envelope ID: 036367AA-AC16-8CB6-818C-E449A2F6FC94

ability to rent while waiting for the rebuilding of our previous home. We also chose this apartment complex because it is easy to walk to restaurants and to the beach.

12.    I do not want to move homes just because I lack a certain blood quantum. I am offended and upset that the government is forcing me out of my home because I lack a certain blood quantum. I should not be treated unequally because of my ancestry.

13.    Given the choice, I would stay in my home at the Courtyards at Waipouli. I wish to continue living in my home at the Courtyards at Waipouli unless and until I voluntarily choose to move.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25 day of July 2026, at Kapa'a _____, Hawai'i.

Signed by:

David K
1472C7B217EC428...

David Kalahiki