Docusign Envelope ID: 9D286D8F-9B8E-8B73-802A-0407CC7A8E00

KEVIN O'GRADY, Haw. Bar #8817
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, HI 96813
Tel: (808) 521-3367
Paralegal1@kevinogradylaw.com

CALEB R. TROTTER, Cal. Bar #305195*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel: (916) 419-7111
CTrotter@pacificlegal.org

* *Pro Hac Vice Application Forthcoming*
Attorneys for Plaintiffs

*Additional counsel listed on next page*


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I


| | |
|---|---|
| DAVID KALAHIKI, and LINDA TWITCHELL, <br><br> Plaintiffs, <br><br> v. <br><br> KALI WATSON, in his official capacity as Chairman of the Hawaiian Homes Commission, <br><br> Defendant. | Case No. _____ <br><br><br> **DECLARATION OF LINDA TWITCHELL IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Docusign Envelope ID: 9D286D8F-9B8E-8B73-802A-0407CC7A8E00

*Additional counsel for Plaintiffs:*

NOELLE DANIEL, Kan. Bar #29461*
CAITLYN FELLNER, D.C. Bar #90029259*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
NDaniel@pacificlegal.org
CFellner@pacificlegal.org

*\* Pro Hac Vice Application Forthcoming*

Docusign Envelope ID: 9D286D8F-9B8E-8B73-802A-0407CC7A8E00

I, Linda Twitchell, declare as follows:

1.    The facts set forth in this declaration are based on my personal knowledge, and if called as a witness, I could and would competently testify thereto under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2.    I am a resident of the State of Hawai'i and currently reside at the Courtyards at Waipouli apartment complex in Kapa'a, Kaua'i.

3.    I have lived in Hawa'i since 2018. In October 2019, I moved into the Courtyards at Waipouli, where I have continuously resided ever since.

4.    I do not meet the Department of Hawaiian Home Lands' requirement that an individual possess at least a 50% native Hawaiian blood quantum to reside at the Courtyards at Waipouli. Because I do not satisfy that ancestry requirement, the Department of Hawaiian Home Lands is evicting me from my home at the Courtyards at Waipouli.

5.    On or about March 15, 2026, I received a written eviction notice informing me that the Department of Hawaiian Home Lands is evicting me from my apartment and that I must vacate the apartment by July 31, 2026. I understand that I am being required to vacate my home because I do not satisfy the Department's native Hawaiian blood-quantum requirement.

Docusign Envelope ID: 9D286D8F-9B8E-8B73-802A-0407CC7A8E00

6. Attached as Exhibit A is a true and correct copy of the eviction notice that I received from the Department of Hawaiian Home Lands.

7. It is my opinion that maintenance issues in my unit are being ignored now that I have received an eviction notice. I have asked for maintenance help with fixing multiple issues in my apartment, but the responses are slow and I am being told I will be financially responsible for these fixes.

8. Being evicted from my apartment at the Courtyards at Waipouli would create extreme hardship for my husband and me. We recently experienced significant medical and financial hardship and have not yet recovered to a point where we can find replacement housing and move. My medical issues escalated in December 2025 when I had a heart attack and then again after Christmas when I had a stroke. I was subsequently diagnosed with a rare blood clotting disease.

9. Between new medications, new specialists, rehab, four hospitalizations, over 10 emergency room visits, and numerous trips from Kaua'i to Oahu for medical care, our savings have been completely depleted, and I continue to experience some ongoing physical disabilities.

10. I have been advised by my doctors to avoid stress and excessive exertion until at least December of 2026 to recover.

11. Our rent at the Courtyards at Waipouli is currently significantly lower than market rates, which helps us during this period.

12. Even without all of our recent hardships, we would be very unhappy to have to leave our unit which we have lived in since 2019. It is in a choice location, one block from a mini mall and across the street from a very pleasant beach where we can walk, watch the sun rise, and see the whales when they come to Kaua'i each year. The units are built in an airy, pleasant style.

13. Both the rent and location are more ideal than other places on the island and we have yet to find any comparable housing on the island.

14. Being evicted from my home because I do not have the "right" blood quantum offends and upsets me. I should not be treated unequally simply because of my ancestry. I am deeply offended that DHHL has taken choice private property— that should be equally open to all—away from certain Americans simply for lacking a specific blood quantum.

15. I am deeply offended that after years of protests by the community of Kaua'i, a government agency designed to further the welfare of Hawai'i chose to pit 50% blood-quantum Hawaiians against all other residents who desire the opportunity to live here.

16. Given the choice, I would stay in my home at the Courtyards at Waipouli. I wish to continue living in my home there unless and until I voluntarily choose to move.

Docusign Envelope ID: 9D286D8F-9B8E-8B73-802A-0407CC7A8E00

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ⎯24⎯ day of July 2026, at ⎯⎯Kapa'a⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯, Hawai'i.

DocuSigned by:

*Linda Twitchell*

3F1044E224EB40D...

Linda Twitchell

Docusign Envelope ID: 9D286D8F-9B8E-8B73-802A-0407CC7A8E00

# EXHIBIT A

Docusign Envelope ID: 9D286D8F-9B8E-8B73-802A-0407CC7A8E00

JOSH GREEN, M.D.
GOVERNOR
STATE OF HAWAII
*Ke Kia Aina o ka Moku Aina o Hawaiʻi*

SYLVIA J. LUKE
LT. GOVERNOR
STATE OF HAWAII
*Ka Hope Kia Aina o ka Moku Aina o Hawaiʻi*

KALI WATSON
CHAIRPERSON, HHC

KATIE L. LAMBERT
DEPUTY TO THE CHAIR
*Ka Hope Luna Hoʻokele*

**STATE OF HAWAII**
**DEPARTMENT OF HAWAIIAN HOME LANDS**
*Ka ʻOihana ʻĀina Hoʻopulapula Hawaiʻi*

P O BOX 1879
HONOLULU, HAWAII 96805

## Residential 90-Day Notice to Vacate

March 4, 2026

| Your OPC Relocation Agent | |
|---|---|
| Name: | Melissa Mann |
| Phone: | 949-817-9923 |
| Case ID: | 101 |

Linda Twitchell and All Other Occupants

█████████████

Dear Occupants:

On **November 3, 2025** the **Department of Hawaiian Home Lands** (called here the "Displacing Agency") acquired the property which you occupy at **401 Papaloa Road #101 Kapaʻa, HI 96746** (called here the "Premises"). The Displacing Agency has now determined that it will be necessary for you to vacate the Premises.

**Notice is hereby given that the Displacing Agency elects to terminate your tenancy in ninety (90) days beginning March 15, 2026 and ending July 31, 2026 and you are hereby to quit and deliver up possession of the property you occupy on or before July 31, 2026. If you do not vacate the Premises by that date, the Displacing Agency will initiate legal proceedings to recover possession of the Premises, along with any rents and damages.**

During this period, **Cadence 19 Development Services, LLC** will be available to provide assistance with referrals to replacement sites, coordination with movers and other vendors, the processing of relocation benefit claim forms, and other tasks to help facilitate your relocation. Please contact your relocation agent listed below if you have any questions regarding this notice or the relocation process.