Kevin Gerard O'Grady
The Law Office of Kevin O'Grady
1164 Bishop Street, Suite 1605
Honolulu, HI 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.com

CALEB R. TROTTER, Cal. Bar #305195*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel: (916) 419-7111
CTrotter@pacificlegal.org
* Admitted Pro Hac Vice

Attorneys for Plaintiffs
*Additional counsel listed below*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| DAVID KALAHIKI, LINDA TWITCHELL ) <br><br> ) <br> ) Case No. 1:26-CV-00398-SASP-WRP <br> Plaintiffs, ) <br> ) <br> v. ) Certificate of Service <br> ) <br> KALI WATSON, in his Official ) <br> Capacity as the Chairman of the ) <br> Hawaiian Homes Commission ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

**CERTIFICATE OF SERVICE**

I, Kevin O'Grady, hereby certify that:

1- On July 24, 2026, a complaint was filed in the instant case along with a civil cover sheet, proposed summons and motions to admit two attorneys pro hac vice;

2- On July 27, 2026, file stamped copies of the documents aforementioned were emailed, along with an unfiled copy of Plaintiffs' motion for TRO and memorandum in support of the motion for TRO, were emailed to counsel for Defendant[1], see docket 10, and 10-1 and 10-2. I know that attorney Fernandes is counsel for Defendant because attorney Fernandes and her office represent Defendant in related case Ryan v. Watson, CV 26-00270 SASP-KJM;

3- On July 27, 2026, undersigned spoke with Defendant's counsel, attorney Fernandes, who confirmed receipt of the email, docket 10-1, that contained the unfiled copy of the motion for temporary restraining order and memorandum in support of motion for temporary restraining order;

---

[1] KALIKO D. FERNANDES,   Solicitor General,   Department of the Attorney General, State of Hawaii, 425 Queen Street,  Honolulu, HI  96813, Email: kaliko.d.fernandes@hawaii.gov.

2

4- On July 27, 2026, Plaintiffs' motion for temporary restraining order, memorandum in support of motion for temporary restraining order, a notice of related case, and another motion to admit another attorney pro hac vice, were filed, see dockets 9-12;

5- On July 27, 2026, dockets 1-12 were served upon Defendant, including the complaint, motion for temporary restraining order and memorandum in support of motion for temporary restraining order[2], see docket 18;

6- On July 27, 2026, undersigned emailed Defendant's counsel Hernandes and emailed copies of dockets 13-14 to her, see Exhibit 1;

7- On July 27, 2026, the court issued EO document 16 denying Plaintiff's motion for temporary restraining order without prejudice;

8- On July 28, 2026, undersigned emailed Defendant's counsel, see footnote 1, an unfiled copy of Plaintiff's motion for temporary restraining order and memorandum in support of motion for temporary restraining order, which is the same document that was emailed as referenced in docket 10-1, and docket 9, except that the document is dated July 28, 2026, instead of July 27, 2026, see Exhibit 2;

---

[2] Apart from the file stamp, the previously emailed unfiled motion for temporary restraining order and memorandum in support of motion for temporary restraining order are the same document.

9- On July 28, 2026, undersigned filed Plaintiff's motion for temporary restraining order and memorandum in support of motion for temporary restraining order, and the documents were filed with this Court's ECF system, which generated a notice of filing, and a true and correct copy of the foregoing Motion, Memorandum in Support and Certificate of Service was emailed to the following counsel for Defendant:

KALIKO D. FERNANDES,    Solicitor General,  Department of the Attorney General, State of Hawaii,    425 Queen Street,  Honolulu, HI 96813, Email: kaliko.d.fernandes@hawaii.gov.;

10.  Plaintiffs' motion for temporary restraining order and memorandum in support of motion for temporary restraining order, filed today July 28, 2026, under docket 19, is the same motion for temporary restraining order and memorandum in support of motion for temporary restraining order as referenced in dockets 9 and 10, except docket 19 bears the date of July 28, 2026.

Dated: July 28, 2026.

Respectfully submitted,

*Counsel for Plaintiff*

/s/*Kevin Gerard O'Grady*
Kevin Gerard O'Grady

Additional counsel for Plaintiffs:
NOELLE DANIEL, Kan. Bar #29461*
CAITLYN FELLNER, D.C. Bar #90029259*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
NDaniel@pacificlegal.org
CFellner@pacificlegal.org
* Admitted Pro Hac Vice