EXHIBIT 1

**Kevin O'Grady**

| | |
|---|---|
| **From:** | Kevin O'Grady |
| **Sent:** | Monday, July 27, 2026 3:02 PM |
| **To:** | Fernandes, Kaliko D; ▇▇▇▇▇▇▇▇▇; Caleb R. Trotter; Paralegal 1; Kevin O'Grady; Caitlyn Fellner; Noelle Daniel; Jasper Eagleton |
| **Subject:** | FW: Kalahiki v Watson -1:26-cv-00398-SASP-WRP Kalahiki et al v. Watson Order Reassigning Case |
| **Attachments:** | Doc 14- Kalahiki et al v Watson grnt pro hac Daniel 27 Jul 26.pdf; Doc 12- Kalahiki et al v Watson Pro hac vice 27 Jul 26.pdf; Doc 13- Kalahiki et al v Watson grnt pro hac Trotter 27 Jul 26.pdf; Doc 13- Kalahiki et al v Watson grnt pro hac Trotter 27 Jul 26.pdf; Doc 14- Kalahiki et al v Watson grnt pro hac Daniel 27 Jul 26.pdf; Doc 15- Kalahiki et al v Watson reassign J to Park 27 Jul 26.pdf |

Kaliko,

Please see the attached.  PLF attorneys have been granted pro hac vice.
The case has been reassigned to Judge Park.

My process server picked up everything and is out to deliver chamber copies and also to serve Watson-BUT he picked up the hard copies before the reassignment and the granting of pro hac vice.  Thus, I deliver them to you.

As the PLF team has now been admitted pro hac vice, please direct all your questions to Caleb.  If Caleb does something, I concur unless you hear otherwise.  Any documentation must have my signature, but once Caleb agrees to something, if his signature can appear, so can mine.

Thanks

Kevin


Respectfully,

Kevin O'Grady, Esquire

The Law Office of Kevin O'Grady, LLC
1164 Bishop Street
Suite 1605
Honolulu, Hawaii 96813
Telephone 808-521-3367
800-DUI-CASE
Facsimile 808-521-3367
WWW.KevinOGradyLaw.Com
Member –
United States Supreme Court

1

United States Court of Appeals for the Ninth Circuit
United States District Court for the Northern District of Texas
United States District Court for the District of Hawaii
United States District Court for the District of Arizona
Hawaii State Bar Association
National Association of Criminal Defense Lawyers
Hawaii Association of Criminal Defense Lawyers
National College For DUI Defense

**From:** Paralegal 1 ~~████████████████████~~
**Sent:** Monday, July 27, 2026 2:56 PM
**To:** Kevin O'Grady ◄ ████████████████
**Cc:** ████████████████████████████████
**Subject:** Kalahiki v Watson - Document number 12-14

Should you have any questions, please feel free to contact our office.

Respectfully,

**Linda,**
Legal Assistant to Kevin O'Grady
The Law Office of Kevin O'Grady
Finance Factors
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
Phone: 808-521-3367; FAX 808-521-3369
www.KevinOGradyLaw.com

This email and any files transmitted with it are protected by attorney client privilege and confidentiality and intended solely for the use of the individual or entity to whom they are addressed. THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If you have received this email in error please notify the system manager. Unintended transmission shall not constitute a waiver of the privilege or confidentiality. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail and by calling 808-521-3367 if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.
WARNING: Computer viruses can be transmitted via email. The recipient should check this email and any attachments for the presence of viruses. The Law Office of Kevin O'Grady, LLC accepts no liability for any damage caused by any virus transmitted by this email. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.
Warning: Although the Law Office of Kevin O'Grady, LLC has taken reasonable precautions to ensure no viruses are present in this email, the Law Office of Kevin O'Grady, LLC cannot accept responsibility for any loss or damage arising from the use of this email or attachments.
No employee or agent is authorized to conclude any binding agreement on behalf of Kevin O'Grady or the Law office of Kevin O'Grady LLC, with another party by email without express written confirmation by Kevin O'Grady. This communication does not constitute a contract or confirmation of a contract. This email is not a solicitation or advertisement for services. THIS COMMUNICATION DOES NOT CREATE AN ATTORNEY-CLIENT RELATIONSHIP.
The Law Office of Kevin O'Grady, LLC, and Kevin O'Grady personally, accept no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.