EXHIBIT 2

Case 1:26-cv-00398-SASP-WRP     Document 20-2     Filed 07/28/26     Page 1 of 2
PageID.163

EXHIBIT 2

## Kevin O'Grady

| | |
|---|---|
| **From:** | Kevin O'Grady |
| **Sent:** | Tuesday, July 28, 2026 11:01 AM |
| **To:** | Fernandes, Kaliko D; ██████████@hawaii.gov Caleb R. Trotter; Paralegal 1; Kevin O'Grady; Caitlyn Fellner; Noelle Daniel; Jasper Eagleton |
| **Subject:** | Kalahiki v Watson -1:26-cv-00398-SASP-WRP Kalahiki et al v. Watson |
| **Attachments:** | Doc 18- Kalahiki et al v Watson Rtn svc 27 Jul 26.pdf; Motion for TRO - UPDATED 7.28.26.pdf; TRO Supporting Brief - UPDATED 7.28.26.pdf |

Kaliko,

In light of the court's EO, document 16 denying Plaintiffs' motion for TRO, without prejudice, and since Defendant has been served, see attached docket 18, a copy of the complaint and the TRO (dated yesterday), attached herein please find Plaintiff's motion for TRO and memo in support, which is the same TRO as docket 9, except the attached has today's date, July 28, 2026.

Thank you.

Should you have any questions, please do not hesitate to contact my office.  Please confirm receipt of this.

Kevin

Respectfully,

Kevin O'Grady, Esquire

The Law Office of Kevin O'Grady, LLC
1164 Bishop Street
Suite 1605
Honolulu, Hawaii 96813
Telephone 808-521-3367
800-DUI-CASE
Facsimile 808-521-3367
WWW.KevinOGradyLaw.Com
Member –
United States Supreme Court
United States Court of Appeals for the Ninth Circuit
United States District Court for the Northern District of Texas
United States District Court for the District of Hawaii
United States District Court for the District of Arizona
Hawaii State Bar Association
National Association of Criminal Defense Lawyers
Hawaii Association of Criminal Defense Lawyers
National College For DUI Defense

1