KEVIN O'GRADY, Haw. Bar #8817
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, HI 96813
Tel: (808) 521-3367
Paralegal1@kevinogradylaw.com

CALEB R. TROTTER, Cal. Bar #305195*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel: (916) 419-7111
CTrotter@pacificlegal.org

*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

*Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DAVID KALAHIKI and LINDA TWITCHELL, <br><br> Plaintiffs, <br><br> v. <br><br> KALI WATSON, in his official capacity as Chairman of the Hawaiian Homes Commission, <br><br> Defendant. | Case No. 1:26-cv-00398- MWJS-WRP <br><br><br> **DECLARATION OF KEVIN O'GRADY** |

*Additional counsel for Plaintiffs:*

NOELLE DANIEL, Kan. Bar #29461*
CAITLYN FELLNER, D.C. Bar #90029259*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
NDaniel@pacificlegal.org
CFellner@pacificlegal.org

*\* Admitted Pro Hac Vice*

**COMES NOW**, Kevin O'Grady, and states as follows:

1.      I am a natural person, adult male, United States of America citizen, resident of the State of Hawaii and am competent to provide this declaration. I make this declaration based on personal knowledge, except where otherwise stated;

2.      I am one of the attorneys representing the Plaintiffs in this matter;

3.      I incorporate by reference docket 10, the prior FRCP Rule 65 notice;

4.      I incorporate by reference the Certificate of Service, docket 20;

5.      Defendant was provided notice of the complaint as referenced in the above incorporated dockets;

6.      Defendant was provided notice of the impending motion for Temporary Restraining Order as referenced in the incorporated dockets;

7.      Defendant was served a copy of the complaint and motion for temporary restraining order as indicated in docket 18;

8.      Defendant's counsel was provided a copy of the impending motion for temporary restraining order as indicated in docket 20;

**FURTHER, DECLARANT SAYETH NAUGHT.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 28, 2026.

*/s/ Kevin O'Grady*
Kevin O'Grady