ANNE E. LOPEZ       7609
Attorney General of Hawaiʻi

KALIKOʻONĀLANI D. FERNANDES   9964
Solicitor General of Hawaiʻi
LAUREN K. CHUN       10196
ANDREW Z.M. TEOH     12098
Deputy Solicitors General
Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel:  (808) 586-1360
E-mail:  kaliko.d.fernandes@hawaii.gov
      lauren.k.chun@hawaii.gov
      andrew.zm.teoh@hawaii.gov

Attorneys for KALI WATSON, in his official
capacity as Chairman of the Hawaiian Homes Commission

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| DAVID KALAHIKI and LINDA TWITCHELL,<br><br>           Plaintiffs,<br><br>  v.<br><br>KALI WATSON, in his official capacity as Chairman of the Hawaiian Homes Commission;<br><br>           Defendant. | CIVIL NO. 1:26-cv-00398-SASP-WRP<br><br>**NOTICE OF APPEARANCE OF COUNSEL; CERTIFICATE OF SERVICE** |

# NOTICE OF APPEARANCE OF COUNSEL

Deputy Solicitor General LAUREN K. CHUN enters her appearance as counsel for Defendant KALI WATSON, in his official capacity as Chairman of the Hawaiian Homes Commission. By this notice, appearing counsel formally requests that her name be added to the online docket for this case, and that all future correspondence and pleadings be directed to:

> Lauren K. Chun
> Deputy Solicitor General
> Department of the Attorney General
> 425 Queen Street
> Honolulu, Hawaii 96813
> Tel: (808) 586-1360
> E-mail: lauren.k.chun@hawaii.gov

Neither this notice of appearance nor any subsequent appearance, pleading, claim, suit, or other filing is intended to waive any rights, including any right to challenge the jursidiction of the Court or pursuant to the Eleventh Amendment to the United States Constitution, state sovereign immunity, or any other rights, claims, actions, or defenses to which State Defendant is or may be entitled in law or in equity, all of which are hereby expressly reserved.

DATED:  Honolulu, Hawaiʻi, July 29, 2026.

 /s/ *Lauren K. Chun*
LAUREN K. CHUN
Deputy Solicitor General

Attorney for KALI WATSON, in his official
capacity as Chairman of the Hawaiian
Homes Commission

| DAVID KALAHIKI and LINDA TWITCHELL, | CIVIL NO. 1:26-cv-00398-SASP-WRP |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL; CERTIFICATE OF SERVICE** |
| v. | |
| KALI WATSON, in his official capacity as Chairman of the Hawaiian Homes Commission; | |
| Defendant. | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system or conventionally by mailing copies via US Mail, postage prepaid, upon the following:

KEVIN O'GRADY
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawai'i 96813
Tel: (808) 521-3367
E-mail: paralegal1@kevinogradylaw.com

CALEB R. TROTTER
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Tel:  (916) 419-7111
E-mail:  ctrotter@pacificlegal.org

NOELLE DANIEL
CAITLYN FELLNER
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 1000
Arlington, Virginia 22201
Tel:  (202) 888-6881
E-mail:  ndaniel@pacificlegal.org
        ckinard@pacificlegal.org

Attorneys for Plaintiffs DAVID KALAHIKI and LINDA TWITCHELL

    DATED:  Honolulu, Hawai‘i, July 29, 2026.


                            /s/ *Lauren K. Chun*
                            LAUREN K. CHUN
                            Deputy Solicitor General

                            Attorney for KALI WATSON, in his official
                            capacity as Chairman of the Hawaiian
                            Homes Commission