ANNE E. LOPEZ                                  7609
Attorney General of Hawai'i

KALIKO'ONĀLANI D. FERNANDES    9964
Solicitor General of Hawai'i
LAUREN K. CHUN                          10196
ANDREW Z.M. TEOH                     12098
Deputy Solicitors General
Department of the Attorney
 General, State of Hawai'i
425 Queen Street
Honolulu, Hawai'i 96813
Tel:  (808) 586-1360
E-mail: kaliko.d.fernandes@hawaii.gov
        lauren.k.chun@hawaii.gov
        andrew.zm.teoh@hawaii.gov

Attorneys for KALI WATSON, in his official
capacity as Chairman of the Hawaiian Homes Commission

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DAVID KALAHIKI and LINDA TWITCHELL,<br><br>       Plaintiffs,<br><br>   v.<br><br>KALI WATSON, in his official capacity as Chairman of the Hawaiian Homes Commission,<br><br>       Defendant. | CIVIL NO. 1:26-cv-00398-SASP-WRP<br><br>**STIPULATION TO WITHDRAW [19] MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, AND FIRST STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>The Honorable Judge Shanlyn Park<br>Trial Date: None Set |

**STIPULATION TO WITHDRAW [19] MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, AND FIRST STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

Plaintiffs DAVID KALAHIKI and LINDA TWITCHELL ("Plaintiffs") and Defendant KALI WATSON, in his official capacity as Chairman of the Hawaiian Homes Commission ("Defendant" and, together with Plaintiffs, the "Parties"), through counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Motion for Temporary Restraining Order and Preliminary Injunction ("TRO/PI Motion") on July 28, 2026 (ECF No. 19); and

WHEREAS, the Parties desire to obviate the need to address the TRO/PI Motion; and

WHEREAS, the Parties agree that Defendant should have additional time to evaluate the allegations in the Complaint; and

WHEREAS, nothing in this Stipulation shall be deemed an admission by either party;

NOW, THEREFORE, the Parties stipulate and agree as follows:

1.      Plaintiffs hereby withdraw their TRO/PI Motion.

2.      Defendant hereby withdraws any active Notices to Vacate issued to Plaintiffs, as described in the Complaint (ECF No. 1) at ¶¶ 28 and 32.

3.      Defendant will not order Plaintiffs to vacate their apartments in connection with the Notices to Vacate described above, or due to the circumstances

2

that allegedly gave rise to the Notices to Vacate (as alleged in the Complaint (ECF No. 1) at ¶¶ 20–24, 28, 32), until final disposition of this case or June 1, 2027, whichever is earlier.

4. Defendant reserves all other rights available to him, the Department of Hawaiian Home Lands, and their agents and assigns, as the owner and landlord of the Courtyards at Waipouli at 401 Papaloa Road, Kapaʻa, Hawaiʻi 96746, including but not limited to the right to order tenants to vacate the premises in connection with a violation of the terms of their tenancies, as permitted by law.

5. By no later than April 16, 2027, if this case remains pending, the parties will meet and confer to discuss the upcoming deadline of June 1, 2027.

6. Defendant's deadline to respond to the complaint shall be September 25, 2026.

This Stipulation is not intended to waive any rights, including any right to challenge the jurisdiction of the Court or pursuant to the Eleventh Amendment to the United States Constitution, state sovereign immunity, or any other rights, claims, actions, or defenses to which Defendant is or may be entitled in law or in equity, all of which are hereby expressly reserved.

This is the first stipulation submitted in connection with this litigation.

DATED:  Honolulu, Hawaiʻi, July 30, 2026.

 /s/ *Lauren K. Chun*
KALIKOʻONĀLANI D. FERNANDES
LAUREN K. CHUN
ANDREW Z.M. TEOH

Attorneys for Defendant KALI WATSON,
in his official capacity as Chairman of
the Hawaiian Homes Commission


/s/ *Caleb R. Trotter*
CALEB R. TROTTER
NOELLE DANIEL
CAITLYN FELLNER


/s/ *Kevin O'Grady*
KEVIN O'GRADY

Attorneys for Plaintiffs DAVID
KALAHIKI and LINDA
TWITCHELL


APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaiʻi, July 30, 2026.

Shanlyn A.S. Park
United States District Judge

*Kalahiki v. Watson*, 1:26-cv-00398-SASP-WRP, STIPULATION TO
WITHDRAW [19] MOTION FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION, AND FIRST STIPULATION TO EXTEND
TIME FOR DEFENDANT TO RESPOND TO COMPLAINT